AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| JEFFRY BIEN AIME, | ) Case No. 23-MJ-6263-PAB |
| Material Witness | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## MATERIAL WITNESS CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 17, 2023__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 3144 | Being a material witness is a criminal proceeding, whose presence may become impracticable to secure by subpoena, and therefore whose presence is required at a trial. |

FILED BY ___AT___ D.C.

Jun 13, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Miguel Vilches, Special Agent HSI
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time.

Date: 6-13-2023

_____
*Judge's signature*

City and state: Fort Lauderdale, Florida          Hon. Panayotta Augustin-Birch, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Miguel Vilches, being duly sworn, depose and state as follows:

## INTRODUCTION

1. I am employed as a Special Agent with the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"), Miami, Florida, and have been so employed since 2002. I am currently assigned to the Office of Professional Responsibility, where I am responsible for investigating matters within the jurisdiction of the United States Department of Homeland Security, including threats and assaults by detainees against ICE employees and contract employees. I have completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center regarding the proper investigative techniques, including the application and execution of search, arrest, and seizure warrants, for violations of federal laws.

2. The United States Attorney's Office for the Southern District of Florida provided information pertaining to any applicable law cited herein.

3. I am familiar with the facts and circumstances surrounding this investigation from my own investigative efforts, as well as from information obtained from other law enforcement officers with personal knowledge of the evidence and activities described herein. Although I am familiar with the facts and circumstances of this investigation, I have not included each and every fact known to me about the matters set forth herein, but only those facts that I believe are necessary to establish probable cause that the testimony of

witness Jeffry BIEN AIME ("BIEN AIME") might be material to the prosecution of Gersan BERRIOS ("BERRIOS") and Adderly DE JESUS-ALVAREZ ("DE JESUS") for assaulting a federal officer in *United States v. Gersan Berrios and Adderly De Jesus-Alvarez*, 23-60103-CR-RNS.

4. BERRIOS and DE JESUS are charged in *United States v. Gersan Berrios and Adderly De Jesus-Alvarez*, 23-60103-CR-RNS by indictment with assaulting a federal officer in violation of Title 18, United States Code, Section 111(a)(1).

5. The United States is seeking this material witness complaint in an abundance of caution to preserve the testimony of a potential *defense* witness who may be removed from the country prior to trial. By filing this material witness complaint, the United States does not concede or admit that the testimony of witness BIEN AIME is relevant to or admissible in the prosecution of BERRIOS and DE JESUS for assaulting a federal officer in *United States v. Gersan Berrios and Adderly De Jesus-Alvarez*, 23-60103-CR-RNS.

**PROBABLE CAUSE**

6. On April 14, 2023, at approximately 2000 hours, federal contract detention officers (GEO Officers) at the Broward Transitional Center (BTC), an Immigration and Customs Enforcement (ICE) detention facility located in Pompano Beach, Florida responded to a disturbance between detainees at the BTC recreation yard. As GEO Officers approached the detainees involved in the dispute and attempted to restrain the detainees involved; other detainees

2

surrounded the detainees preventing the GEO Officers from restraining the detainees involved in the dispute. Several detainees then participated in assaulting GEO officers.

*BERRIOS*

7. At that time, BERRIOS, a citizen and national of Nicaragua was an ICE detainee who was in custody at BTC. As GEO Officers attempted to restrain another detainee, BERRIOS interfered with GEO Officer K.C. by forcefully pushing, charging, and biting the hand ring finger of GEO Officer K.C. causing significant injury which required medical attention.

8. GEO Officers, supervisors, and ICE officials reviewed video from surveillance cameras that captured the events of the incident. They identified and observed BERRIOS in the video pushing and charging GEO Officer K.C. Stills from a surveillance video, Exhibits 1 & 2 below, captured BERRIOS pushing and charging GEO Officer K.C.

Exhibit 1



Exhibit 2



*DE JESUS-ALVAREZ*

9. At that time, DE JESUS, a citizen and national of Dominican Republic was an ICE detainee who was in custody at BTC. As GEO Officers attempted to restrain another detainee, DE JESUS-ALVAREZ interfered with GEO Officer A.R. by forcefully pulling GEO Officer A.R., grabbing the officer by both arms, punching, and taking GEO Officer A.R to the ground.

10. GEO Officers, supervisors, and ICE officials reviewed video from surveillance cameras that captured the events of the incident. They identified and observed DE JESUS-ALVAREZ in the video punch and throw GEO Officer A.R. to the ground. Stills from a surveillance video, Exhibit 3-6 below, captured DE JESUS-ALVAREZ punching, pushing, and pulling to the ground GEO Officer A.R.

Exhibit 3



Exhibit 4



Exhibit 5



Exhibit 6



11.     On June 9, 2023, ICE DO Rolando Caridad interviewed BIEN AIME at Krome Detention Center. BIEN AIME stated that he was on the BTC recreational yard on April 17, 2023 and witnessed the above disturbance. BIEN AIME is scheduled to be deported on June 15, 2023.

## CONCLUSION

12.     The aforementioned material witness is currently in Immigration and Customs Enforcement's Enforcement and Removal Operations' custody, and is pending removal or other immigration legal processing, due to their status as illegal aliens.

13. I believe that the witness's lack of lawful entitlement to come to, enter, or reside in the United States, as well as his pending removal to his country of origin makes him a risk of flight, and makes it impractical to secure his presence by subpoena for future proceedings in the prosecution of BERRIOS and DE JESUS for assaulting a federal officer in *United States v. Gersan Berrios and Adderly De Jesus-Alvarez*, 23-60103-CR-RNS. Therefore, his arrest and subsequent detention is necessary to preserve his testimony pursuant to Title 18, United States Code, Section 3144.

Respectfully submitted,

Miguel Vilches, Special Agent
Homeland Security Investigations

Attested to by the applicant in accordance with
the requirements of Fed. R. Crim. P. 4.1 by:
FaceTime

this __13th__ day of June 2023.

Honorable Panayotta Augustin-Birch
United States Magistrate Judge

8